IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3120 |
| V. | ) ) | |
| CLARK E. BETTENHAUSEN, | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) ) | |

This case was removed by the pro se defendant. There may be motions pending.

IT IS ORDERED that to the extent the unsigned motion for arrest and restraint of sale (filing 1, at CM/ECF pp. 23-24) and unsigned motion for joiner (filing 1, at CM/ECF pp. 28-29) are asserted in this court, they are denied.

DATED this 25th day of June, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge