IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, JERALD LUNDGREN, STEVEN A BLOCHER, and TREV E PETERSON, | ) ) ) ) ) | 4:10CV3120 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| CLARK E. BETTENHAUSEN, | ) ) | |
| Defendant. | ) | |

  The defendant, Clark Bettenhausen ("Bettenhausen") has moved to disqualify Trev Peterson as counsel for plaintiff Wells Fargo Bank, (filing no. 12), and for a default judgment against plaintiffs Wells Fargo, Jerald Lundgren, and Steven A. Blocher, ( filing nos. 13 and 16).

  Bettenhausen's motions for default judgment state Wells Fargo, Jerald Lundgren, and Steven A. Blocher were properly served but failed to answer defendant's counterclaim. The court's record directly contradicts Bettenhausen's assertions. Specifically, the plaintiffs filed and served their answer to Bettenhausen's counterclaim on August 13, 2010. Filing No. 8. Accordingly, the motions for default judgment lack merit and will be denied.

  Bettenhausen's motion to disqualify Trev Peterson as counsel states Peterson will be called to testify at trial and has a conflict of interest in representing Wells Fargo. Bettenhausen has not, however, submitted any evidence or argument in support of his motion. He has failed to identify the topics or content of Peterson's anticipated testimony, how that testimony may affect Wells Fargo, or the potential risk of confusion to the court if

Peterson testifies at trial. A mere blanket allegation that Peterson may be a trial witness is not a sufficient basis to disqualify him as counsel for Wells Fargo. See, e.g., Macheca Transport Co. v. Philadelphia Indem. Co., 463 F.3d 827, 833 (8th Cir. 2006). Moreover, even assuming Peterson may be a necessary trial witness on a disputed material fact, the defendant's motion is overbroad and premature. A lawyer who is likely to be a necessary witness at trial may still represent a client in the pretrial stages of the case. Droste v. Julien, 477 F.3d 1030, 1035 (8th Cir. 2007).

Accordingly,

1) Defendant Bettenhausen's motions for default judgment, (filing nos. 13 and 16), are denied; and

2) Defendant Bettenhausen's motion to disqualify Trev Peterson as counsel for plaintiff Wells Fargo Bank, (filing no. 12), is denied.

DATED this 7th day of October, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.