IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, JERALD LUNDGREN, STEVEN A BLOCHER, and TREV E PETERSON, | ) ) ) ) ) | 4:10CV3120 |
| Plaintiffs, | ) ) | MEMORANDUM AND ORDER |
| v. | ) ) | |
| CLARK E. BETTENHAUSEN, | ) ) | |
| Defendant. | ) | |

The defendant has filed no response to the plaintiffs' motion to amend, (filing no. 18), and the response deadline has now passed. The motion is therefore deemed unopposed.

Accordingly,

IT IS ORDERED:

1) The plaintiffs' motion to amend, (filing no. 18), is granted, and the plaintiffs' amended complaint, a copy of which is attached to their motion, shall be filed on or before October 25, 2010.

2) The clerk shall mail a copy of this memorandum and order, and the court's memorandum and order dated October 7, 2010, (filing no. 23), to the pro se defendant.

DATED this 18th day of October, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge