IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, JERALD LUNDGREN, STEVEN A BLOCHER, and TREV E PETERSON, | ) ) ) ) ) | 4:10CV3120 |
| Plaintiffs, | ) ) | MEMORANDUM AND ORDER |
| v. | ) ) | |
| CLARK E. BETTENHAUSEN, | ) ) | |
| Defendant. | ) | |

      The defendant has filed a motion to file an amended motion to compel.  Filing No. 44.  The defendant's previous motions to compel were denied.  (Filing No. 43).  As the court's prior order explained, the defendant cannot obtain an order to compel discovery responses without showing: 1) he served discovery on the plaintiff(s) in this case; and 2) he complied with the court's local rules before filing the motion to compel.  The defendant has not corrected these deficiencies.  Accordingly,

      IT IS ORDERED that the defendant's motion to file an amended motion to compel, (filing no. 44), is denied.

      DATED this 27th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge