IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, JERALD LUNDGREN, STEVEN A BLOCHER, and TREV E PETERSON, | ) ) ) ) ) | 4:10CV3120 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| CLARK E. BETTENHAUSEN, | ) ) | |
| Defendant. | ) | |

     A Motion for Summary Judgment (filing no. 46), is pending. The pretrial conference set for February 17, 2011 at 11:00 a.m., and the trial set for February 25, 2011, are cancelled. The trial and pretrial conference will be rescheduled, if necessary, following resolution of the pending motion.

     DATED this 15th day of February, 2011.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge